UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

601 WEST, LLC,                                )
              Plaintiff,        )
                                             )        No. 1:21-cv-107
-v-                                           )
                                           )        Honorable Paul L. Maloney
FJ AXE HOLDINGS, INC.,                        )
              Defendant.        )
                                              )

## JUDGMENT

The Court has remanded this lawsuit for lack of subject matter jurisdiction. No claims remain pending in this Court. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

      **THIS ACTION IS TERMINATED.**

      **IT IS SO ORDERED.**

Date: May 18, 2021                                    /s/ Paul L. Maloney
                                                                           Paul L. Maloney
                                                                           United States District Judge